Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA



FILED

MAR 17 2023

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Todd G. Dean
*Your full name*

**FEDERAL CIVIL RIGHTS COMPLAINT**
(***BIVENS* ACTION**)

v.

Civil Action No.: **3:23-CV-75  Groh/Trumble/Sims** _____
*(To be assigned by the Clerk of Court)*

The Warden Mrs. Brown
Counselor, Case Manager, Unit Manager
Doctor John Doe, and Nurse John Doe
Officer John Doe, Nurse Administrator

*Enter above the full name of defendant(s) in this action*

## I.   JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.   Name of Plaintiff: Todd G. Dean    Inmate No.: 23751-055
        Address: Hazelton F.C.I  P.O. Box 5000
        Bruceton Mills WV. 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B. Name of Defendant: Mrs. Brown
Position: Warden
Place of Employment: Hazelton F.C.I.
Address: P.O. Box 5000
Bruceton Mills WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: I approach Warden Brown, a number of times on "unit 4-N" on here round of the institution of me being up on a "4-story" or a "second floor level" of a "4-story Building" Being force to go "up-down" stairs with my "4-wheel walker". This is a disability violation. There is "camera footage" of this.

B.1 Name of Defendant: John Doe
Position: Counsel
Place of Employment: Hazelton F.C.I.
Address: P.O. Box 5000
Bruceton Mills WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: I followed the direction of Warden Brown, and talk directly to my counsel on the unit, but was told I would be "moved down stairs" when room become available.

B.2 Name of Defendant: John Doe
Position: Case Manager
Place of Employment: Hazelton F.C.I.
Address: P.O. Box 5000
Bruceton Mills WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: I them went to the case manager, who also told me I would be moved down "stairs" soon, but for now I'm on a quaratine unit. So I went to the unit manager

B.3  Name of Defendant: John Doe
Position: Unit Manager
Place of Employment: Hazelton F.C.I.
Address: P.O. Box 5000
Bruceton Mills WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: The unit manager told me, he would look into my request to be move down "stairs" so stop asking. So when I had a medical call-out on "6-29-22" to see the Doctor.

B.4  Name of Defendant: Emmanuel Adams
Position: Medical Doctor
Place of Employment: Hazelton F.C.I.
Address: P.O. Box 5000
Bruceton Mills WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: I kept my appointment with Doctor Adams, I requested from my Doctor to be moved down stairs and/or a "Medical Transfer" to a medical institution, that is a "Care level 2" when he told me Hazelton was no longer a "Care level 2" again I request that medical transfer to a medical institution were I can get adequate care. But he said he couldn't do that. So why not I your a Medical Doctor who can also order a "Medical Transfer" But was denied.

B.5  Name of Defendant: _____
Position: **Nurse Administrator**
Place of Employment: **Hazelton F.C.I.**
Address: **P.O. Box 5000**
**Bruceton Mills WV. 26525**

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: **I was given the run around at Main line or at the lunch line, by the hole staff and Administration. For Sixty Four days of being Force to be "Housed" on a "Third Floor level," of a "Fourth" Floor Building. This is a "Disability Violation and also a "Discrimination Violation"**

III. PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: **Hazelton F.C.I.**

A. Is this where the events concerning your complaint took place?
☑ Yes   ☐ No

If you answered "NO," where did the events occur?
_____

B. Is there a prisoner grievance procedure in the institution where the events occurred?   ☑ Yes   ☐ No

C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
☑ Yes   ☐ No

D. If your answer is "NO," explain why not: _____
_____
_____
_____

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

## Attachment.

B 6

Name of Defendant: Officer Fletcher
Position: Officer
Place of Employment: Hazelton F.C.I.
Address: P. O. Box 5000
Bruceton Mills WV. 26525

Was this Defendant acting under the Authority or Color of Federal, State law at the time Claims occurred yes ☑ ☐ No

If answer is "Yes" briefly explain: Approximately on or between "Oct. 31 or Nov 1 2022". Officer Fletcher saw me inmate Dean, sitting or resting my weight on or back and leg's. On the "Seat" of my "(4) Wheel-Walker", and "Pushing Myself" to the "Mess-Hall" So he Stop me, and Took me to "Medical" To see if Medical Staff would take away my "(4) Wheel walker" Just because I was "Sitting" on the "Seat" and "Pushing Myself." To the Mess-Hall because I was getting very Tired or out of "Breath", From "Walking". Officer Fletcher "directed or "influence", Medical Staff or insisted they "remove my (4) Wheel walker" from me and then "Nurse Hall" and the "Nurse Administrator" did Just that Took it away. "Stating" that they see know reason for me having it, or didn't see it in my medical records or on my "Medical Duty Status", so they took

## Attachment.

I Told "Nurse Hall" he was "lying", I went without my "Walker" for to day in "Pain" and "Suffering".

B 7.   Name of Defendant: Nurse Hall
Position: Nurse
Place of Employment: Hazelton F.C.I.
Address: P.O. Box 5000
   Bruceton Mills WV. 26525

Was this Defendant acting under the authority or color of Federal, State law at the time claims occurred ☒ yes ☐ No

"Nurse Hall" took my "(4) wheel walker" that I came to "Hazelton F.C.I." with from "Thomson U.S.P." on the "Air-Plane" and "Bus ride" so I know that this information is in my "Medical records" or on my "duty status sheet". This was a "violation" of my "Civil rights" and "Disability rights" as well.

**Attachment A**

and state the result at level one, level two, and level three. **<u>ATTACH GRIEVANCES AND RESPONSES:</u>**

LEVEL 1 <u>I Filed a Sensitive BP-9 To the "Warden Brown"</u>

LEVEL 2 <u>I Filed a BP-10 To Regional Director No response</u>

LEVEL 3 <u>I Filed a BP-11 To General Counsel "No response"</u>

IV. <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

    A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?  ☐ Yes  ☑ No

    B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1. Parties to this previous lawsuit:

            Plaintiff(s): <u>Todd G. Dean</u>

            Defendant(s): <u>F. Entzel, Maria, Fuentes Etc.</u>

        2. Court: <u>U.S. District of West Virginia</u>
            *(If federal court, name the district; if state court, name the county)*

        3. Case Number: <u>3:22-CV-69</u>

        4. Basic Claim Made/Issues Raised: _____

        5. Name of Judge(s) to whom case was assigned:
            <u>Gina M. Groh</u>

        6. Disposition: <u>dismissed with Prejudice</u>
            *(For example, was the case dismissed? Appealed? Pending?)*

        7. Approximate date of filing lawsuit: _____

**Attachment A**

        8.      Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
       ☑ Yes    ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

    I requested in relief of one hundred dollars, for every day of being housed on a Third Floor level of a Four Story Building at Hazelton F.C.I. with a (4) Wheel Walker. So I am requesting in the Sum of $600,000.00 For the "violation" of My Disability rights Etc.

E.    Did you exhaust available administrative remedies?
       ☑ Yes    ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

        1.      Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.  Name and location of court and case number:

    _____
    _____
    _____

3.  Grounds for dismissal:  ☐ frivolous   ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4.  Approximate date of filing lawsuit: _____

5.  Approximate date of disposition: _____

## V.  STATEMENT OF CLAIM

State here, as **BRIEFLY** as possible, the facts of your case.  Describe what each defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: I Arrive here at Hazelton F.C.I, on June 27, 22 About or between 3:30 PM or 5:00 PM According to Policy or Custom. The Medical Staff Known or Should have Known that a inmate with a Walker, Wheel Chair, or Cane, would be Arriving on the Bus From the "Transit Center" in "Oklahoma" So Accommodation Should have been Perpare, but it was Not. So I was Force To be "housed" on a "Third Floor level" of a "Fourth Floor Building.

Supporting Facts: There are "Camera Footage" of Me going up and down the "Stair Case". There are (2) Camera "one" at the "bottom" of the "Steps" and one at the "Top" of the "Steps" also.

Attachment A

The Camera Footage will Show other inmates helping or offering to help carry My (4) wheel walker up and down the "Stairs" For Me. This is "Factual Facts". I also Filed a request For a Administrative remedy in the Form of a "BP-9" To the "Warden Mrs. Brown", with No response but the response came From The "Counselor" who sign the "rejection Notice" and Not the "Warden."

CLAIM 2: Factual Facts on 6-30 I Filled out a "Copy out" Forms Turning it into a (BP-9) because the Staff have (denied) Me the right Forms to Fill out. Unfortunatly on 6-29-22 The (Captain) ordered. The Unit Officer to put Me and My Cell-Mate on quarantine as well as The old white Man in a (wheelchair) Next door, because The officer are getting (Frustated) of Me and the old Man, using

Supporting Facts: the "Elevator" or Complainting of us being up on a "2nd Floor level, So the "Captain" lock us in our "cell" So we Can't "Frustate there officers," about using there "elevator," or Complaint of going to "Pille-Line" and the "yard" on "Nice days" This is a "Disability Discrimination. I receive Know response back From My "Cop-out" dated 6-30-22 or the one dated "7-5-22.

CLAIM 3: I was Finally given a real "BP-9" on "8-15-22" and Fill it out as a "Sensitive BP-9" with the return "Case No. 1132303-F1,"

Supporting Facts: This is a "violation of My constitution rights" under the "Disability Act," and a "violation of the constitution" of Discrimination Act, as well. This violation that Took place by All of the defendant's under the "Fourth, Fifth, Fourteeth, and Eighth Amendment of the Constitution of the United States. These Acts was "Deliberate Intention Indifference," when the warden Mrs.

CLAIM 4: Brown, came through or on her rounds She saw Me and Another inmate, with a "wheel chair" who or both of us approach her and ask why are we up on a Third Floor level. Her response was Talk To your "Counselor or unit Tems.

Supporting Facts: The "Counselor, Case Manager, and Unit Manager Felled to Provide reasable accommodation and assistance to Someone with a Physical disability, and deny adequate care. These Act's was "Reckless, gross Negligent and Evil intentionally done to Me because of a Prior Law-Suit against Staff, here at Hazelton F.C.I.

"Counselor Blunt" had a on going "duty", and Hazelton entire or hole Medical Staff had a duty to assist in accommodating People with "Physical Disability", but there no "Medical Staff" here after "8:00 or 8:30 PM" That's also a Fact.

CLAIM 5: The Factual Facts are the Staff and the administration knew that "N-4 unit" was not a "suitable unit" to be "Design or Designate" for a "quarantine unit", Knowing People with Physical Disability would be getting off the "Bus", the Staff or the Administration and or Medical had to know this. But didn't take into consideration these Factual Fact, I was on "N-4 unit" from June 27, until August 29, 2022.
Supporting Facts: The warden Mrs. Brown, and her entire Staff and Administration should have known these Facts, and Knowing these Facts would "Violate" someone "Civil an Constitutional Rights", under the "Disability Act." This took Place in my case, and there is camera footage that will show the "E-vent". The Evidence is Clear From the Camera's here at Hazelton FCI institution.

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages. Going or Force to go up-down the "Stairs" for (58) days with my (4) wheel walker, causing me "unwanted" Physical Pain to my Lower Back and Leg's, as well as Shortness of Breath. I suffer from "Slip-herniated Disc," from "L-5-S1" Also "Bulging-Spine", "Pinch Nerves", and "uncontrollable and Frequent Muscle Spasms, and I also have "Chronic Asthma" and going up-down Stairs case's causes me Physical, Mental, Anxiety and distress to my body - Legs - back - Lungs.

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*
I asking the Honorable Court to Punish all defendants for felling to Provide a reasonable Accommodation and Adequate Medical Care. For violating my "Civil and Constitutional Rights" and "award me the Plaintiff in the "sum of $600,000.00" in "Punitive, nominal, Monetary" and "Declaratory damage" For the "Violation in it self May Stop these Defendat's from doing these thing again. I'm asking the "Honorable Court", to take controle of the "Camera Footage" from 7-6-22 To 8-29-22

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Hazelton F.C.I  on  3-1-23 .
               (Location)              (Date)

*[signed: Todd Dean]*
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

__Todd G. Dean__
*Your full name*

FILED

MAR 17 2023

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

v.

__Warden Brown, Counselor__
__Case Manager, Unit Manager,__
__Doctor Emmanuel Adams,__
__Nurse Administrator, Nurse Hall,__
__Officer John Doe, Six unknow Named__
*Enter above the full name of defendant(s) in this action*

Civil Action No.: _____

## Certificate of Service

I, __Todd G. Dean__ (your name here), appearing *pro se*, hereby certify that I have served the foregoing _____ (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on _____ (insert date here):

(List name and address of counsel for defendant(s))

__Todd G. Dean__
(sign your name)