IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**TODD G. DEAN,**

    **Plaintiff,**

**v.**                                                       **CIVIL ACTION NO.: 3:23-CV-75 (GROH)**

**MRS. BROWN, Warden, MR. BLUNT, Counselor,
MR. PAYNE, Case Manager, MR. OSLAND,
Unit Manager, MR. E. ADAMS, Doctor,
MR. HALL, Nurse, MR. FLETCHER, Officer,
MRS. TUTTLE, Nurse Administrator,
EMMANUEL ADAMS, M.D.,
OFFICER FLETCHER, and NURSE HALL,**

    **Defendants.**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On March 17, 2023, the *pro se* Plaintiff, filed a civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). ECF No. 1. Defendant Emmanuel Adams filed a motion to dismiss on May 12, 2023, along with a memorandum in support of the motion. ECF Nos. 25, 26. The Court issued an Order and Roseboro notice on May 22, 2023. ECF No. 27. The Order directed Plaintiff to file a response within twenty-one days. <u>Id.</u> Service was accepted for the Roseboro notice on June 2, 2023. ECF No. 31.

Defendants Brown, Blunt, Payne, Osland, Hall, Fletcher, and Tuttle filed a separate motion to dismiss on June 22, 2023, along with a memorandum and exhibits in support of the motion. ECF Nos. 35, 35-1 through 35-5. The Court issued a second Order and Roseboro notice on June 23, 2023. ECF No. 36. The Order again directed Plaintiff to file a response within twenty-one days. <u>Id.</u> Service was accepted for the Roseboro

notice on June 26, 2023. ECF No. 38.

Pursuant to case law in the Fourth Circuit, a Plaintiff must be advised of their right or obligation to file counter-affidavits or other responsive material in the district court, before awarding summary judgment to a defendant. Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975). Recently, in Pledger v. Lynch, 5 F.4th 511, 525–26 (4th Cir. 2021), the Fourth Circuit held that prior to dismissal or summary judgment, a pro se plaintiff must be notified of the right to "submit affidavits or other material to counter the defendants' motion for summary judgment." The four-page Roseboro notices issued to Plaintiff herein advised him of his rights and obligations regarding motions for summary judgment and to dismiss. ECF Nos. 27 & 36.

Plaintiff has failed to file a response to either of the motions to dismiss, as directed. Further, the Court notes that more than 45 days have elapsed after Plaintiff accepted service for the second Roseboro notice.

Accordingly, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**. Further, the Court notes that even had the Plaintiff filed a response, the case should be dismissed without prejudice for the reasons more fully stated in the Defendants' motion to dismiss, which are **GRANTED**. ECF Nos. 25 & 35.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to the Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to counsel of record by electronic means.

**DATED**: August 21, 2023

GINA M. GROH
UNITED STATES DISTRICT JUDGE